IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JUNE MURPHY**, individually and behalf of all other similarly situated persons,<br><br>    **Plaintiffs,**<br>v.<br><br>**NORTHERN DUTCHESS PARAMEDICS, INC., and EDWARD B. MURRAY,**<br><br>    **Defendants** | 11-CIV-5661 (LMS) |

## NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement and Approval of Plaintiffs' Proposed Notice of Settlement, and in the Declaration of Matt Dunn in Support of Plaintiffs' Motion for Preliminary Approval, Plaintiffs respectfully request that the Court enter an Order:

i)   granting preliminary approval of the Settlement Agreement attached as Exhibit 1 to the Declaration of Matt Dunn;

ii)  approving the Notice of Class Action Settlement and Settlement Hearing, and the Claim Forms to be issued, attached Exhibit 3 to the Declaration of Matt Dunn;

iii) setting a final fairness hearing date no earlier than 90 days from preliminary approval; and

iv)  entering the Proposed Order attached as Exhibit 5 to the Declaration of Matt Dunn;

1

Dated: April 14, 2014
　　　　New Paltz, New York

                                    Respectfully submitted,

                                    <u>*s/ Matt Dunn*</u>
                                    Matt Dunn
                                    Dan Getman
                                    GETMAN & SWEENEY, PLLC
                                    9 Paradies Lane
                                    New Paltz, NY 12561
                                    phone: (845)255-9370
                                    fax: (845) 255-8649
                                    email: <u>msweeney@getmansweeney.com</u>

                                    *Class Counsel*