IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE MURPHY, individually and behalf of all other similarly situated persons,<br><br>    Plaintiffs,<br>v.<br><br>NORTHERN DUTCHESS PARAMEDICS, INC., and EDWARD B. MURRAY,<br><br>    Defendants | 11-CIV-5661 (LMS) |

**NOTICE OF FILING OF AMENDED DOCUMENTS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF PLAINTIFFS' PROPOSED NOTICE OF SETTLEMENT**

Pursuant to the Court conference held on May 5, 2014, Plaintiffs respectfully amended the proposed Notice of Class Action Settlement and Settlement Hearing, the Claim Form Instructions and Information, and the Time Sensitive Claim Form. The amended versions are attached to the Declaration of Matt Dunn as Exhibit 6 and 7. Plaintiffs also respectfully submit an Amended Proposed Order Granting Plaintiffs' Notice of Motion for Preliminary Approval of Class Settlement and Approval of Plaintiffs' Proposed Notice of Settlement. The amended Proposed Order is attached to the Declaration of Matt Dunn as Exhibit 8.

Dated:  May 9, 2014
          New Paltz, New York

Respectfully submitted,

*s/ Matt Dunn*
Matt Dunn
GETMAN & SWEENEY, PLLC
9 Paradies Lane
New Paltz, NY 12561
phone: (845)255-9370
fax: (845) 255-8649
email: mdunn@getmansweeney.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNE MURPHY, individually and on behalf all others similarly situated, | |
| Plaintiffs, | 11-cv-5661 (LMS) |
| v. | |
| NORTHERN DUTCHESS PARAMEDICS, INC., and EDWARD B. MURRAY | |
| Defendants. | |

### Certificate of Service

I hereby certify that on this date, I electronically filed this document with the clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel in this case.

Dated: May 9, 2014

*s/ Matt Dunn*
Matt Dunn